UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL LANDON LUCKERT,<br>Plaintiff,<br>v.<br>WELLS FARGO BANK, et al.,<br>Defendants. | Case No. 24-cv-06880-KAW<br>**ORDER TO SHOW CAUSE**<br>Re: Dkt. No. 5 |

On September 26, 2024, Plaintiff filed this civil action and application to proceed *in forma pauperis*. On November 12, 2024, the Court granted Plaintiff's application to proceed *in forma pauperis*. Pursuant to 28 U.S.C. § 1915(e)(2), the Court then screened Plaintiff's complaint and found it deficient, finding that Plaintiff had failed to set forth a "short and plain statement of the claim showing that the pleader is entitled to relief." (Dkt. No. 5 at 4.) The Court ordered Plaintiff to file an amended complaint that provided the legal and factual basis for all claims by December 6, 2024. (*Id.*) The Court warned that the failure to do so would result in the case being reassigned to a district judge with the recommendation that the case be dismissed. (*Id.*) To date, Plaintiff has not filed an amended complaint.

Accordingly, the Court ORDERS Plaintiff to show cause, by **January 17, 2025**, why the case should not be dismissed for failure to prosecute, and why he did not timely file the amended complaint. Additionally, Plaintiff shall file the amended complaint. Failure to respond to the order to show cause and file the amended complaint by the deadline will result in the Court reassigning the case to a district judge with the recommendation that the case be dismissed.

Plaintiff is further reminded of his duty to notify the Court of any address changes. (*See* N.D. Cal. Civil Local Rule 3-11(a) ("[A] party proceeding pro se whose address changes while an

1  action is pending must promptly file with the Court and serve upon all opposing parties a Notice
2  of Change of Address specifying the new address.").).
3       Again, Plaintiff may wish to contact the Federal Pro Bono Project's Help Desk for
4  assistance—a free service for pro se litigants—by calling (415) 782-8982 to make an appointment.
5  Plaintiff may also wish to consult the manual the court has adopted to assist pro se litigants in
6  presenting their case.  This manual, and other free information for pro se litigants, is available
7  online at: https://cand.uscourts.gov/pro-se-litigants/.
8       IT IS SO ORDERED.
9  Dated: December 17, 2024

                                              KANDIS A. WESTMORE
                                              United States Magistrate Judge