UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL LANDON LUCKERT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WELLS FARGO BANK, et al.,<br><br>　　　　Defendants. | Case No. 25-cv-02842-SK<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

　　The undersigned has identified that this case is potentially related to 24-cv-06880-AMO, *Luckert v. Wells Fargo Bank et al*, with the Honorable Araceli Martinez-Olguin presiding. Because 24-cv-06880 is the lowest-numbered case, the Court therefore REFERS this case to Judge Martinez-Olguin and requests that Judge Martinez-Olguin consider whether these cases are related.  Civil L.R. 3-12(c).

　　**IT IS SO ORDERED**.

Dated: March 31, 2025

_____
SALLIE KIM
United States Magistrate Judge